FILED:  December 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6602**
_____

UNITED STATES OF AMERICA,

      Plaintiff – Appellee,

v.

RAYCO BETHEA,

      Defendant – Appellant.

_____

O R D E R
_____

The Court amends its opinion filed on December 13, 2022, as follows:

On page 8, the requisite date information is added after the initial citation to *United States v. Hargrove*.

On page 9, the requisite date information is added after the initial citation to *United States v. Petway*.

For the Court – By Direction

/s/ Patricia S. Connor, Clerk